IN THE UNITED STATES COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | 4:05CR3025 |
| Plaintiff,   ) | |
| ) | |
| v.       ) | |
| ) | |
| SOKHA KEO,             ) | ORDER |
| ) | |
| Defendant.   ) | |

Upon consideration of the Government's Motion to Continue Evidentiary Hearing, filing 41,

IT IS SO ORDERED that the Motion is granted and the evidentiary hearing on defendant's Keo's motion to suppress (filing 29) is continued to May 9, 2005 at 1:30 p.m.

Dated this 20th day of April, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge