IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3025 |
| ) | |
| SOKHA KEO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing 128, from January 18, 2006, until the week of February 21, 2006, to coincide with the co-defendants trial in the above captioned matter. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted in part.

IT IS THEREFORE ORDERED that the defendant's change of plea hearing shall be continued in the above captioned matter to the 3rd day of March, 2006 at 1:00 p.m. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from January 12, 2006, until the date next set for defendant's plea hearing shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 12th day of January, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge