I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
<small>FOR THE</small> D<small>ISTRICT OF</small> N<small>EBRASKA</small>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3025 |
| ) | |
| SOKHA KEO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing 160, from April 4, 2006, to a date certain not less than 60 days to coincide with co-defendant, Gary Oh Ward's, trial in the above captioned matter. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's change of plea hearing shall be continued in the above captioned matter to the 6th day of June, 2006 at 1:00 p.m.  This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the plea hearing.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from March 29, 2006, until the date next set for defendant's plea hearing shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 29th day of March, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge