IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3025-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| SOKHA KEO, | ) | |
| | ) | |
| Defendant. | ) | |

There being no objection by the plaintiff,

IT IS ORDERED that:

(1) Sokha Keo's motion to release compliance bond (filing 278) is granted.

(2) The Clerk of Court shall refund and return the $2,000 cash bond deposit to Sokha Keo.

(3) The Clerk of Court shall mail a copy of this order to Sokha Keo.

September 28, 2006.                BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge